No. 71.   INTERNATIONAL WORKERS ORDER, INC. ET AL. *v.* McGRATH, ATTORNEY GENERAL OF THE UNITED STATES, ET AL.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari granted.   MR.

Justice Clark took no part in the consideration or decision of this application. *Lee Pressman* and *Allan R. Rosenberg* for petitioners. *Solicitor General Perlman, Assistant Attorney General Morison, James L. Morrisson* and *Samuel D. Slade* for respondents.